**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2559**

DEBORAH S. COX,

        Plaintiff - Appellant,

    v.

LOWE'S HOME CENTERS, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:14-cv-00679-MOC-DCK)

Submitted:  June 20, 2016          Decided:  July 26, 2016

Before MOTZ and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Geraldine Sumter, FERGUSON, CHAMBER & SUMTER, P.A., Charlotte, North Carolina, for Appellant. James M. Powell, WOMBLE CARLYLE SANDRIDGE & RICE, LLP, Greensboro, North Carolina; Blair L. Byrum, WOMBLE CARLYLE SANDRIDGE & RICE, LLP, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah S. Cox appeals the district court's order granting Lowe's Home Centers, LLC's summary judgment motion on her age discrimination claims, brought pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2015); and North Carolina's Equal Employment Practices Act, N.C. Gen. Stat. §§ 143.422.1 to 143.422.3 (2015).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  <u>Cox v. Lowe's Home Ctrs., LLC</u>, No. 3:14-cv-00679-MOC-DCK (W.D.N.C. Nov. 17, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>